# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11cr260

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GREGORY D. ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Indictment. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Indictment (#32) is **CALENDARED** for an evidentiary hearing on November 7, 2011, at 2 p.m. along with defendant's other motions. To accommodate such setting, the government's response deadline is hereby advanced to November 4, 2011.

Signed: October 27, 2011

Max O. Cogburn Jr.
United States District Judge