IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr260

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GREGORY D. ANDERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's pro se Motion to Dismiss Indictment (#54). AS defendant is represented by counsel, such motion will be summarily denied.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's defendant's pro se Motion to Dismiss Indictment (#54) is **DENIED** in accordance with L.Cr.R. 47.1(H) as defendant is represented by counsel.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants