**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10cr260**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **GREGORY D. ANDERSON.** ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion for Peremptory Setting. Such request will be allowed, and this matter set for trial commencing on September 17, 2012, beginning at 9 a.m. At that hour, the court will resolve any motions *in limine*, and the jury will be summonsed for 11:00 a.m.

The court also has a request from the government for a pretrial conference to resolve issues and set deadlines as to witnesses, jury instructions, and other matters. The court is not inclined at this point to convene such a hearing, but will allow the parties to file a joint motion for a final pretrial order setting forth proposed deadlines on which the parties can agree and leaving open any deadlines that cannot be resolved for resolution by the court.

As to defendant's second Motion to Dismiss/ and or Suppress (#62), the court will set that motion for hearing June 20, 2012, at 10 a.m. Defendant's pro se "Supplementa Motion to Suppress" (#67)(error in the original) is summarily denied in accordance with L.Cr.R. 47.1(H). Defendant is again reminded that anything he personally writes can be used against him in trial or at sentencing and that he should carefully protect his right to remain silent by fully utilizing the services of his very experienced counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Peremptory Setting is **ALLOWED,** and trial is peremptorily set to commence Monday, September 17, 2012, at 9 a.m. The Clerk of Court is instructed to summons a jury for 11:00 a.m. on such day.

**IT IS FURTHER ORDERED** that defendant's second Motion to Dismiss/ and or Suppress (#62) is calendared for hearing June 20, 2012, at 10 a.m., and defendant's *pro se* "Supplementa Motion to Suppress" (#67) (error in the original) is summarily denied in accordance with L.Cr.R. 47.1(H).

Signed: May 4, 2012

Max O. Cogburn Jr.
United States District Judge